1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNA KANG
4  Special Assistant United States Attorney
   California Bar No. 2517560
5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8977
        Facsimile:  (415) 744-0134
7       E-Mail: Mary.Parnow@ssa.gov

8  Attorneys for Defendant,
         Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MELVIN A. HEARD, | Case No. CV 08-8625 OP |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: August 12, 2009

_____
HON. OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE