Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff MELVIN HEARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN HEARD, | Case No.: CV 08-8625 OP |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Melvin Heard in care of Young Cho, subject to the reservation of rights, the amount of one thousand six hundred dollars ($1,600.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:    October 13, 2009

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE